# Order

Michigan Supreme Court
Lansing, Michigan

July 31, 2006

129989

HIGGINS LAKE PROPERTY OWNERS
ASSOCIATION,
Plaintiff-Appellee,

v

GERRISH TOWNSHIP, LYON TOWNSHIP,
and JEAN E. WITTIG,
Defendants-Appellees,

and

ROSCOMMON COUNTY ROAD
COMMISSION , DONNA K. ABBRUZZINO,
GIUSEPPE ABBRUZZINO, ADRIENNE M.
ALLARD, DONALD G. BARNOWSKI, JR.,
MARGARET BARNOWSKI, SCOTT D.
BEAGLE, ROGER R. BLOOMFIELD,
SUSAN R. BLOOMFIELD, ROGER A.
BOWMAN, LYNN F. BRAGG, GARY A.
BRILL, PATRICK J. BUTCHER,
DONALD M. CORBIN, DONALD C.
FINKBEINER, GARY E. GROSS,
DANIEL J. GUNDRY, HEATHER
GUNDRY, GARY G. HARDER,
JOHN M. HERING, SR., RICHARD M.
HIRSCH, DAVID D. HOFFMAN, STEVEN
HUGHES, RAYMOND W. HUMMEL,
RICHARD E. JORDAN, CARL KALMAR,
JR., CHARLES N. KAMINSKI, JAMES I.
MARTIN, TERESE G. MARTIN,
GEORGE S. MEYERS, THEODORE J.
MILLER, THOMAS J. MISURACA,
LAURA J. NELSON, ROBERT A.
PARDUE, SR., TERRY L. PATTON,
JOHN E. REYNOLDS, THOMAS D.
SATTLER, WILLIAM F. SCHMIDT,
CAROL J. SCHMIDT, JOHN S.
SCHRECK III, ROBERT L.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129989
COA: 262494
Roscommon CC: 04-724751-CH

SCHWARTZ, DANIEL A.
SINGER, WILLIAM E. STEINIGER,
JR., NANCY A. STEPHENS, LIBUSE M.
TEJCEK, JOHN M. VONITTER, and
DENIS R. WITTIG,
      Defendants,

and

GARY O. BREIDINGER, JAMES R.
DUNDAS, PAMELA A. DUNDAS,
DALE E. FISHER, MICHAEL T.
HARTZLER, ISABEL LEADER,
JOHN G. RAYMO, and DUANE E.
SCHOOLEY,
      Defendants-Appellants,

and

ROBERT E. GEACH and ANNA M.
GEACH,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006


Clerk